**GRYGIEL LAW, LLC**
**Stephen G. Grygiel**
**127 Coventry Place**
**Clinton, NY 13323**
**407-505-9463**
stephengrygiel22@gmail.com

July 13, 2023

John M. Domurad
Clerk, United States District Court
Northern District of New York
James T. Foley, U.S. Courthouse
445 Broadway, Room 509
Albany, New York 12207-2936

RE: *John Lyons v. Sigma Management Holdings LLC*
NDNY CASE NO. 1:23-cv-798 (LEK/ATB)

Dear Mr. Domurad,

Please accept this letter in response to yours of June 30, 2023.

I submitted what I had thought was complete and correct paperwork for my admission to the Northern District of New York.

However, my application was rejected for lack of a "Missing Reciprocal Certificate," which I now understand is a Certificate of Good Standing from one of the two New York federal District Courts to which I am admitted (WDNY, SDNY). I had applied through the "Reciprocal Admission" process of L.R. 83.1(c). But I incorrectly supplied a July 6, 2023 Certificate of Good Standing from the Appellate Division of the New York Supreme Court, Third Judicial Department, as opposed to a Certificate of Good Standing from either the WDNY or SDNY.

Following the helpful and patient instructions I have received from Susan in the Clerk's Office in Utica, I am revising and resubmitting my application for admission to proceed through the "Standard Admission" process under L.R. 83.1(b).

I am planning to have my application resubmitted by tomorrow July 14, 2023, as required by your June 30, 2023 letter.

Best regards.

Very truly yours,

Stephen G. Grygiel

cc: Zachary C. Oren, Esq.