AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| John Lyons ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-798 (LEK/ATB) |
| SIgma Management Holdings, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Sigma Management Holdings, LLC                                                                                                  .

Date:    07/28/2023                                                  /s/ Gregory Laufer
                                                                           *Attorney's signature*

                                                             Gregory Laufer (Bar Roll # 703346)
                                                                    *Printed name and bar number*

                                                            Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                                                      1285 Avenue of the Americas
                                                                          New York, NY 10019-6064
                                                                                    *Address*

                                                                        glaufer@paulweiss.com
                                                                             *E-mail address*

                                                                              (212) 373-3000
                                                                           *Telephone number*

                                                                              (212) 757-3990
                                                                               *FAX number*

CERTIFICATE OF SERVICE

I certify that, on July 28, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this action via the CM/ECF system.

Dated:   New York, New York            /s/ Gregory Laufer
         July 28, 2023
                                              Gregory Laufer